IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-CR-30179-GPM |
| | ) | |
| DAVID G. DRISKILL, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF FACTS**

Comes now Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, and Ali Summers, Assistant United States Attorney for said District, and herewith enters into the following Stipulation of Facts with the Defendant,

1. Between May 1 and May 7, 2013, the Defendant sent several text messages to a woman he knew, herein referred to as CW-1, in which he offered to pay $3,000 in exchange for her to provide a child between the ages of 7 and 11 for the purposes of him having sex with the minor child.

2. CW-1 did not respond to the Defendant's text messages and on May 7, 2013 made a report with the Jersey County Sheriff's Department who referred the case to Special Agent David Wargo of the United States Secret Service Southern Illinois Cyber-crime Unit.

3. Working with Special Agent Wargo, CW-1 responded to the Defendant's text messages stating that she knew a guy who would be able to provide a child as he requested.

4. Between May 7 and May 10, 2013, the Defendant sent several more text messages to CW-1 repeatedly offering to pay CW-1 large amounts of money for her to provide her own nine-year-old daughter, who he knew and identified by name, for the purposes of him engaging in a sexual act with the child. The Defendant also offered to pay CW-1 $500 to send him a sexually explicit picture of her nine-year-old daughter, detailing what he wanted the picture to depict.

5. CW-1 refused to comply with the Defendant's request and again told him that she had a friend who had a seven-year-old daughter who he would make available for the Defendant's request.

6. Special Agent Wargo then assumed a covert identity of "Kevin" and covert phone number, which was provided to the Defendant.

7. On May 7, 2013, the Defendant called Special Agent Wargo, who he believed to be "Kevin," and offered to pay $1,500 to engage in sexual acts with "Kevin's" seven-year-old daughter. In subsequent text messages to CW-1, the Defendant detailed the sexual acts he wanted to engage in with "Kevin's" seven-year-old daughter.

8. Through numerous text messages between the Defendant and CW-1, the Defendant agreed to meet "Kevin" on May 10, 2013 at an apartment in Jerseyville, Illinois, which is within the Southern District of Illinois.

9. At approximately 3:30 p.m. on May 10, 2013, the Defendant arrived at the apartment in Jerseyville, Illinois and approached Special Agent Wargo, who was sitting outside the apartment with CW-1.

10. The Defendant then paid Special Agent Wargo $1,500 in United States Currency and engaged in a conversation about what he intended to do with the minor child. The entire interaction between the Defendant and Special Agent Wargo was audio and video recorded.

11. The Defendant stepped inside of the apartment and was arrested.

12. Upon his arrest, an LG Model US670 cellular telephone with serial number 103KPRW0111358, a condom, and an unopened box containing KY lubricant was seized from the Defendant.

13. The LG cellular phone seized was the cellular phone the Defendant used to contact CW-1 and Special Agent Wargo throughout the investigation.

14. The LG Model US670 cellular telephone used by the Defendant is a facility of interstate commerce and all or some of its components were manufactured outside the State of Illinois.

15. During a forensic examination of the Defendant's LG Model US670 cellular telephone, Special Agent Wargo recovered one image which contained a depiction of two unclothed prepubescent females.

16. This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept the Defendant's guilty plea and is not necessarily an exhaustive account of the Defendant's criminal activity involving Count 1 charged in the Information or other relevant conduct.

17. All of these events occurred in the Southern District of Illinois.

18. The Defendant agrees to forfeit the LG Model US670 cellular telephone, serial number 103KPRW0111358 and the $1,500 United States Currency seized during the investigation.

_____
DAVID G. DRISKILL
Defendant

_____
THOMAS GABEL
Attorney for Defendant

Date: 8-12-13

STEPHEN R. WIGGINTON
United States Attorney

_____
ALI SUMMERS
Assistant United States Attorney

Date: 8.12.13

4